```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 28731
   BARBARA A BINFORD BAILEY
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-8525

-----------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 08/03/2004 and was confirmed 09/27/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 09/22/2008.
-----------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST        PRINCIPAL
                                                          PAID            PAID
-----------------------------------------------------------------------
COUNTRYWIDE HOME LOANS    CURRENT MORTG         .00             .00              .00
TOYOTA MOTOR CREDIT       SECURED           4000.00          722.92          1764.24
TOYOTA MOTOR CREDIT       UNSECURED         3765.89             .00              .00
ASSET ACCEPTANCE CORP     UNSECURED          107.79             .00              .00
CREDIT PROTECTION ASSOC   UNSECURED        NOT FILED            .00              .00
I C COLLECTION SERVICE    UNSECURED        NOT FILED            .00              .00
I C COLLECTION SERVICE    UNSECURED        NOT FILED            .00              .00
INTERNAL REVENUE SERVICE  UNSECURED         3934.86             .00              .00
KEYNOTE CONSULTING        UNSECURED        NOT FILED            .00              .00
NCO                       UNSECURED        NOT FILED            .00              .00
NORTHLAND GROUP           UNSECURED        NOT FILED            .00              .00
SPRING GREEN              UNSECURED        NOT FILED            .00              .00
LOYOLA UNIVERSITY F E C   UNSECURED        NOT FILED            .00              .00
NICOR GAS                 UNSECURED          451.06             .00              .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY      2,797.70                         2,797.70
TOM VAUGHN                TRUSTEE                                             315.14
DEBTOR REFUND             REFUND                                                 .00

     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE             5,600.00

PRIORITY                                           .00
SECURED                                       1,764.24
    INTEREST                                    722.92
UNSECURED                                          .00
ADMINISTRATIVE                                2,797.70
TRUSTEE COMPENSATION                            315.14
DEBTOR REFUND                                      .00
                    ---------------     ---------------

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 28731 BARBARA A BINFORD BAILEY
```

```
TOTALS                              5,600.00              5,600.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 12/22/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```